3153 (Rev. 01-19)



STATE OF MICHIGAN
DEPARTMENT OF TREASURY
LANSING

GRETCHEN WHITMER
GOVERNOR

RACHAEL EUBANKS
STATE TREASURER

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: Summer Simons

Case No.: 25-40538-mar
Chapter: 13
Honorable Mark A. Randon

Debtor

## WITHDRAWAL OF REQUEST FOR PAYMENT OF CLAIMS

The State of Michigan, Department of Treasury, hereby withdrawals its request for payment of the following claims:

| | Claim No. | Amount |
|---|---|---|
| Secured: | | $ |
| Priority: | 16-1 | $ 7268.27 |
| Unsecured: | 16-1 | $ 5010.89 |
| Administrative: | | $ |

Total to be withdrawn: $ 12279.16

/S/ Matthew Clark

Director
Collection Services Bureau
Michigan Department of Treasury